**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON HINDS, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>KKR & CO INC. and INSTRUCTURE, INC.,<br><br>                              Defendants. | Case No. 1:26-cv-03816<br><br><br>**STIPULATION AND ORDER TRANSFERRING ACTION TO THE DISTRICT OF UTAH** |

WHEREAS, Plaintiff filed the above-captioned action against Defendants, bringing claims concerning an alleged cybersecurity incident involving Defendant Instructure, Inc.'s ("Instructure") platform (the "Data Incident");

WHEREAS, Instructure has been named in thirty-eight (38) separate federal lawsuits arising out of the same Data Incident, thirty-one (31) of which are currently pending in the United States District Court for the District of Utah (the "Related Actions");

WHEREAS, the concentration of Related Actions in the District of Utah makes that district an appropriate and efficient location for consolidated pretrial proceedings, and Instructure is working to transfer and consolidate the Related Actions before a single judge in that district;

WHEREAS, the parties in this action have conferred and are in agreement that transfer of this action to the United States District Court for the District of Utah pursuant to 28 U.S.C. § 1404(a) is appropriate in the interests of justice, judicial efficiency, and the convenience of the parties and witnesses;

WHEREAS, maintaining this Action in the Southern District of New York while the majority of related actions proceed in the District of Utah creates a significant risk of

1

inconsistent rulings, duplicative discovery, and inefficient use of judicial resources across multiple federal courts;

WHEREAS, transfer will promote judicial economy by enabling coordinated or consolidated proceedings before a single court already familiar with the common factual and legal issues presented by the Data Incident and related litigation;

WHEREAS, the convenience of the parties and witnesses favors transfer, given the substantial overlap in witnesses, documentary evidence, and legal issues among the Related Actions, the majority of which are proceeding in the District of Utah;

WHEREAS, the interest of justice is served by consolidation before one judge, which promotes efficiency, conserves judicial resources, avoids inconsistent outcomes, and serves the interests of all parties, including the putative class members and affected individuals;

WHEREAS, based on the foregoing, and while reserving all rights, the parties agree that this Court should enter an order transferring the Action to the United States District Court for the District of Utah pursuant to 28 U.S.C. § 1404(a);

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel of record and subject to Court approval, as follows:

1. The Action shall be transferred to the United States District Court for the District of Utah pursuant to 28 U.S.C. § 1404(a).

2. In light of this stipulation, the parties agree that Defendant shall have no obligation to respond to the complaint in the Action pending the Court's order on this stipulation. Upon transfer of this Action, the parties will meet and confer concerning a schedule for Defendant to respond to the complaint and will coordinate with the transferee court regarding consolidation with the related actions.

3. The parties expressly reserve all of their rights and defenses, and, by entering into this Stipulation, in no way intend to waive any rights or defenses they may wish to exercise or assert in the Action, including objections as to jurisdiction.

4. In accordance with Local Civil Rule 83.1 of the United States District Courts for the Southern and Eastern Districts of New York, the Clerk of Court shall effectuate the transfer of this Action to the District of Utah upon the expiration of seven (7) days from the entry of this Order, unless otherwise directed by the Court.

DATED:  June 1, 2026
New York, New York

YAGMAN PLLC

/s/ *Blake Hunter Yagman*
Blake Hunter Yagman
118-35 Queens Blvd., Suite 444
Forest Hills, New York 11375
Telephone: (929) 709-1493
Email: blake.yagman@yagmanpllc.com

*Counsel for Plaintiff*

ROPES & GRAY LLP

/s/ *Brian R. Blais*
Brian R. Blais
1211 Avenue of the Americas
New York, NY US 10036-8704
Telephone: (212) 596-9000
Email: brian.blais@ropesgray.com

*Counsel for Defendants*

IT IS SO ORDERED this 2nd day of June, 2026.

_____
United States District Court Judge

6/2/26